IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST,** *individually and*
*on behalf of all others similarly situated*                **PLAINTIFFS**

v.            **CASE NO. 3:22-CV-00065-BSM**

**LOGAN CENTERS, INC.**                                        **DEFENDANT**

## ORDER

This case is closely related to another case filed in the Eastern District of Arkansas that is currently pending trial. *See Carden v. Logan Centers, Inc.*, 3:19-cv-00167-DPM. In the interest of judicial economy and consistent rulings, the clerk is directed to immediately transfer this case to the Honorable D.P. Marshall, Jr.

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE