# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CANDIE DEPRIEST, Individually and on
Behalf of All Others Similarly Situated                           PLAINTIFF

v.                            No. 3:22-cv-65-DPM

LOGAN CENTERS, INC.                                               DEFENDANT

## ORDER

Depriest filed her lawsuit on 15 March 2022. No summonses have been issued and Logan Centers has not appeared or waived service. The ninety days for service haven't yet expired. FED. R. CIV. P. 4(m). The motion for conditional certification, *Doc. 6*, is therefore denied without prejudice as premature.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 May 2022