IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on**
**Behalf of All Others Similarly Situated**                                                                      **PLAINTIFF**

v.                                    No. 3:22-cv-65-dpm

**THE LOGAN CENTERS, INC.**                                                                                        **DEFENDANT**

**JOINT STATUS REPORT**

Plaintiff, Candie Depriest, individually and on behalf of all others similarly situated, and Defendant, The Logan Centers, Inc., by and through their respective undersigned counsel, and for their Joint Status Report, state:

1. Defendant filed a summary judgment motion which has been briefed by both parties.

2. The parties have engaged in some limited discovery.

3. The parties do not anticipate that the settlement conference will be needed.

Respectfully submitted,

**CANDIE PRIEST, Individually and on**
**Behalf of all Others Similarly Situated,**

**PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

/s/ Daniel Ford
Attorneys for Plaintiff

**and**

**DEFENDANT THE LOGAN CENTERS, INC.**

WOMACK PHELPS PURYEAR
MAYFIELD & McNEIL, P.A.
P.O. Box 3077
Jonesboro, AR 72403
Phone: (870) 932-0900
Facsimile: (870) 932-2553

Mark Mayfield
Ark. Bar No. 93180
mmayfield@wpmfirm.com


/s/ Mark Mayfield
Attorneys for Defendant