# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on Behalf of**
**All Others Similarly Situated**                                            **PLAINTIFF**

                                **v.**       **No. 3:22-cv-65-DPM**

**THE LOGAN CENTERS, INC.**                                                      **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Candie DePriest, individually and on behalf of all others similarly situated, and Defendant, The Logan Centers, Inc., by and through their respective undersigned counsel, for their Joint Status Report, do hereby state and allege as follows:

1. The parties have formally and informally exchanged information. Some supplementation is pending but should be completed within the next few weeks. The parties have recently submitted a proposed protective order concerning this production.

2. Defendants have filed a motion for summary judgment, and Plaintiff has responded.

3. The parties have discussed settlement; it does not appear that a settlement conference is needed.

                Respectfully submitted,

                **CANDIE DEPRIEST, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

                SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**     **DEFENDANT THE LOGAN CENTERS, INC.**

WOMACK PHELPS PURYEAR
MAYFIELD & McNEIL, P.A.
301 West Washington
Jonesboro, Arkansas 72401
P.O. Box 3077
Jonesboro, AR 72403
Phone: (870) 932-0900
Facsimile: (870) 932-2553

Mark Mayfield
Ark. Bar No. 93180
mmayfield@wpmfirm.com