IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on**                        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                      No. 3:22-cv-65-DPM

**THE LOGAN CENTERS, INC.**                             **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Candie Depriest, individually and on behalf of all others similarly situated, and Defendant The Logan Centers, Inc., by and through their undersigned attorneys, submit their Joint Status Report pursuant to this Court's Final Scheduling Order (ECF No. 35):

1. There are no pending motions.

2. The Parties have not engaged in or scheduled a mediation and have not yet engaged in meaningful discussions regarding settlement.

3. The Parties have not agreed to a settlement conference.

Respectfully submitted,

**PLAINTIFF CANDIE DEPRIEST**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawifrm.com

**and**   **DEFENDANT THE LOGAN CENTERS, INC.**

WOMACK PHELPS PURYEAR MAYFIELD & MCNIELD, P.A
P.O. Box 9077
Jonesboro, Arkansas 72403
Telephone: (870) 932-0900
Facsimile: (870) 932-2553

*/s/ Mark Mayfield (w/permission)*
Mark Mayfield
Ark. Bar No. 93180
mmayfield@wpmfirm.com

Jeffrey W. Puryear
Ark. Bar No. 93109
jpuryear@wpmfirm.com