IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CANDIE DEPRIEST, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                         No. 3:22-cv-65-DPM

THE LOGAN CENTERS, INC.                                    DEFENDANT

## ORDER

1. **Trial Setting.** This case is now first out for a bench trial in Jonesboro starting on Tuesday, 22 October 2024. We'll start the trial at 10:00 a.m. in Courtroom 324. The Court appreciates the pre-trial filings.

2. **Witnesses and Exhibits.** By the close of business on Wednesday, 16 October 2024, the parties must submit their final lists of witnesses and exhibits, the original pre-marked exhibits, and the Court's courtesy copy, in three-ring binders to Jonesboro chambers. Please also include an electronic copy of each item, plus the exhibit and witness lists (on the Court's forms). If the parties plan to use electronic exhibits, they should have paper copies available as a fallback. Please also submit any audio or video file in .mp3 or .mp4 format.

3. **Courtroom Technology.** As soon as practicable, counsel should contact the courtroom deputy about technology needs. She will coordinate with the Court's IT department. Any plan for use of non-Court technology must be approved by the IT department.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 September 2024