IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                              No. 3:22-cv-65-DPM

**THE LOGAN CENTERS, INC.**                                    **DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiff and Defendant have reached a liability-only settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages. The Parties are in the process of finalizing liability settlement documents and expect to file a Motion for Approval of Liability Settlement within 30 days of the filing of this Joint Notice. If the Parties cannot agree on costs and a reasonable fee, Plaintiff will submit a petition for an award of attorney's fees within 30 days of the Court's approval of the settlement. In light of the settlement progress, the Parties request that all pending deadlines be stayed and the matter be removed from the trial docket.

Respectfully submitted,

**PLAINTIFF CANDIE DEPRIEST**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawifrm.com

**and**   **DEFENDANT THE LOGAN CENTERS, INC.**

WOMACK PHELPS PURYEAR
MAYFIELD & MCNIELD, P.A
P.O. Box 9077
Jonesboro, Arkansas 72403
Telephone: (870) 932-0900
Facsimile: (870) 932-2553

*/s/ Mark Mayfield (w/permission)*
Mark Mayfield
Ark. Bar No. 93180
mmayfield@wpmfirm.com

Jeffrey W. Puryear
Ark. Bar No. 93109
jpuryear@wpmfirm.com