IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 3:22-cv-65-DPM

**THE LOGAN CENTERS, INC.**     **DEFENDANT**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS

Plaintiff Candie Depriest, and Defendant The Logan Centers, Inc., by and through their undersigned attorneys, for their Motion for Extension of Time to File Settlement Papers, state and allege as follows:

1. On 10 October 2024, the Parties informed the Court that they had reached a liability-only settlement in principle to resolve Plaintiff's alleged unpaid wages and liquidated damages.

2. Counsel for both Parties have been working diligently to finalize their settlement agreement and finalize the appropriate documents to submit to this Court.

3. A joint motion for approval has been finalized and a draft settlement agreement has been exchanged.

4. Despite this diligent work, however, the parties require a brief extension in order to finalize and execute the settlement agreement.

5. Accordingly, the Parties requests that the Court allow them an additional (10) days from the filing of this Motion for Extension to fully execute their agreement and file settlement papers.

6.      This extension is sought in good faith for the purpose of efficiently resolving the case, and not for delay.

WHEREFORE, premises considered, the Parties pray that this Court extend the deadline for the Parties to file their settlement documents for ten (10) days, to 20 December 2024.

                Respectfully submitted,

                **PLAINTIFF CANDIE DEPRIEST**

                SANFORD LAW FIRM, PLLC
                Kirkpatrick Plaza
                10800 Financial Centre Pkwy, Suite 510
                Little Rock, Arkansas 72211
                Telephone: (501) 221-0088
                Facsimile: (888) 787-2040

                Sean Short
                Ark. Bar No. 2015079
                sean@sanfordlawfirm.com

                Josh Sanford
                Ark. Bar No. 2001037
                josh@sanfordlawifrm.com

**and**    **DEFENDANT THE LOGAN CENTERS, INC.**

                WOMACK PHELPS PURYEAR
                MAYFIELD & MCNIELD, P.A
                P.O. Box 9077
                Jonesboro, Arkansas 72403
                Telephone: (870) 932-0900
                Facsimile: (870) 932-2553

                */s/ Mark Mayfield*
                Mark Mayfield
                Ark. Bar No. 93180
                mmayfield@wpmfirm.com

                Jeffrey W. Puryear

                                          Ark. Bar No. 93109
                                          jpuryear@wpmfirm.com