IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 3:22-cv-65-DPM

**THE LOGAN CENTERS, INC.**     **DEFENDANT**

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS</u>**

Plaintiff Candie Depriest, by and through her undersigned attorneys, for her Unopposed Motion for Extension of Time to File Settlement Papers, states and alleges as follows:

1. On 10 December 2024, the Parties informed the Court that they had finalized a joint motion for approval of their settlement but needed additional time to finalize and execute a settlement agreement. The Parties were optimistic that a brief extension of ten days would allow for enough time to complete that task. As such the Court granted the Parties until 20 December to file their settlement papers.

2. Despite a good faith attempt to finalize and execute a settlement agreement, additional time is needed by the Plaintiff.

3. Plaintiff's counsel will be travelling outside of the country during the Christmas and New Year period, severely limiting his ability to communicate with the necessary parties and finalize a settlement agreement.

4. In light of the holidays and upcoming travel, Plaintiff requests that the deadline for the Parties to file their settlement papers be extended by four (4) weeks to

give the Plaintiff additional time to review and make any necessary edits to Defendant's proposed settlement agreement, and then to sign the agreement once it is finalized.

5.   This extension is sought in good faith for the purpose of efficiently resolving the case, and not for delay.

6.   Plaintiff's counsel has conferred with Defendant's counsel and this Motion is UNOPPOSED.

WHEREFORE, premises considered, the Plaintiff prays that this Court extend the deadline for the Parties to file their settlement documents for four (4) weeks, to 17 January 2024.

    Respectfully submitted,

    **PLAINTIFF CANDIE DEPRIEST**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawifrm.com