**This settlement is not valid unless it is approved by the United States District Court for the Eastern District of Arkansas.**

## SETTLEMENT AGREEMENT AND RELEASE

The undersigned Candie Depriest (hereinafter "Plaintiff") has reached an agreement with The Logan Centers, Inc. (hereinafter "Defendant") and seek Court approval of the settlement terms as set forth below in the case styled *Candie Depriest v. The Logan Centers, Inc*, U.S.D.C., Eastern District of Arkansas, No. 3:22-cv-65 (DPM) (hereinafter "the Lawsuit").

1. **SETTLEMENT AMOUNT**: Defendant agrees to pay a total settlement amount of Two Thousand Five Hundred and 00/100 Dollars ($2,500.00), exclusive of attorneys' fees and costs.

2. **RELEASE**: Subject to Court approval, Plaintiff, her agents, employees, successors, heirs, administrators, executors, partners, and assigns, release Defendant, their affiliates, divisions, predecessors, employees, agents, officers, directors, successors, and assigns, from any and all claims, causes of action, demands, rights, damages, requests for equitable relief, liquidated damages, punitive damages, expenses, interest, and penalties arising out of Defendant's alleged non-payment of wages in the nature of known or unknown overtime compensation for work performed for Defendant by any of the Plaintiff under any and all applicable State and Federal law, but excluding any claims for attorneys' fees and costs.

3. **COURT APPROVAL**: Within seven (7) days of complete execution of this Agreement, the parties shall file appropriate pleadings seeking Court approval of this Agreement and executing any documents or appear in court, undertake any other actions necessary to affect the settlement, and cooperate with any and all requests of the Court. Nothing in this provision is intended to prevent a party from testifying truthfully.

4.      **DISBURSEMENT OF THE SETTLEMENT AMOUNT**: Plaintiff agree that their respective settlement amounts will be divided one-half (1/2) in settlement of wage claims and one-half (1/2) in settlement of liquidated damages claims. Plaintiff agrees that the wage payment represents an appropriate amount for payment of wages based upon her claims. Plaintiff and Defendant acknowledge that there are several disputes at issue in the Lawsuit and that the parties may differ over the estimate as to the amount of overtime that could be claimed, if any. The wage one-half (1/2) will be reported by Defendant as wages for tax purposes with each Plaintiff receiving an IRS form W-2 for this portion of the settlement disbursement. This payment shall be subject to standard wage withholdings, taxes, and other deductions required by law. The second portion of the payment will be reported on IRS form 1099 as non-wage income. Plaintiff shall be solely responsible for payment of any local, state, or federal taxes resulting from or attributable to the payments received under this settlement with the sole exception of Defendant's statutory tax obligation under FUTA/FICA or other tax rules. Payments shall be delivered to Sanford Law Firm, PLLC, 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211 within thirty (30) days of the execution of this Agreement and Court approval of the settlement. Defendant shall reissue any lost, stale, or damaged checks at no cost upon request from Plaintiffs' counsel.

5.      **DENIAL OF LIABILITY**: Defendant makes this payment while denying and disclaiming any liability to Plaintiffs or any other person for any alleged violation of Plaintiff' rights or the rights of any other person, or for any alleged violation of any order, law, statute, duty, or contract by Defendant. Neither the acceptance, nor the performance by Defendant shall be claimed to be, construed as, or deemed a precedent, or an admission by Defendant of the truth of any of the allegations asserted in the Lawsuit or the validity of any claims therein or what could have been asserted by Plaintiff.

6. **NO ASSIGNMENT**: Plaintiff represents that she has not assigned or transferred, or purported to assign or transfer, to any other person, or entity, her rights in the Lawsuit or any interest therein, or any interest in any wages or other payment, or any other interest in any claims or claims arising out of any of the matter which are the subject of this agreement.

7. **ENTIRE AGREEMENT**: This Agreement contains the entire agreement and understanding between Plaintiff and Defendant with respect to its subject matter and supersedes all other agreements between Plaintiff and Defendant.

8. **COUNTERPARTS**: The Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed the same Agreement. This Agreement may be signed electronically, and a signed copy of the Agreement delivered by electronic means to counsel for Plaintiff or counsel for Defendant shall be deemed to have the same legal effect as delivery of a physical copy of the Agreement.

_____     Date: 01 / 15 / 2025
Candie Depriest

_____     Date: 1/17/2025
The Logan Centers, Inc.