IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on
Behalf of All Others Similarly Situated**                                   **PLAINTIFF**

v.                                No. 3:22-cv-65-DPM

**THE LOGAN CENTERS, INC.**                                                **DEFENDANT**

### ORDER

  Joint motion, *Doc. 48*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the parties are negotiating the attorney's fees and costs separately. The complaint will be dismissed with prejudice in due course. The Court prefers to withhold Judgment until the fee-related issues are resolved. Any motion for costs and attorney's fees due by 21 February 2025.

  So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>21 January 2025</u>