IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDIE DEPRIEST, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                   Case No. 3:22-cv-65-DPM

**THE LOGAN CENTERS, INC.**                **DEFENDANT**

## PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES

Plaintiff Candie Depriest, individually and on behalf of all others similarly situated, by and through her attorneys of the Sanford Law Firm, PLLC, for her Motion for Costs and Attorneys' Fees, states as follows:

1. Plaintiff filed this case on 15 March 2022 pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201, *et seq*, to recover unpaid wages.

2. This case progressed through discovery efforts including written discovery requests, as well as some motions practice, and ultimately the parties reached a settlement on liability.

3. The parties submitted their proposed settlement to the Court on January 17 (ECF No. 48), and the Court approved the settlement on 21 January with the instruction that Plaintiff was to file a request for fees by 21 February (ECF No. 49).

4. Accordingly, Plaintiff files the current Motion requesting an award of costs and attorneys' fees pursuant to the FLSA, 29 U.S.C. § 216(b), and the AMWA, Ark. Code Ann. § 11-4-218(a).

5. As shown on the Billing Spreadsheet attached hereto as Exhibit 1, Plaintiffs request $6,765.00 in attorneys' fees incurred through 21 February 2025 related to the successful litigation of Plaintiff's claims. Plaintiff categorized and summarized billing by attorney and category of work for the Court's convenience in reviewing this request.

6. As shown in detail on Plaintiff's Costs Invoice (Exhibit 3), Plaintiff also incurred $894.30 in costs other than attorneys' fees during litigation. Plaintiff is entitled to these costs under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).

7. Accordingly, Plaintiff requests a total award of costs and attorneys' fees in the amount of $7,659.30.

8. In support of this Motion, Plaintiffs attach hereto and incorporate herein the following exhibits:

    Ex. 1    Billing Spreadsheet;
    Ex. 2    Declaration of Attorney Josh Sanford; and
    Ex. 3    Costs Invoice

9. This Motion is supported by a contemporaneous Memorandum Brief.

WHEREFORE, Plaintiff respectfully requests that this Motion for Costs and Attorneys' Fees be granted in its entirety, that the Court award Plaintiff fees and costs in the amount of $7,659.30, and for all other just and equitable relief to which Plaintiff may be entitled.

Respectfully submitted,

**CANDIE DEPRIEST, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com