| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 3/4/2022 | Josh Sanford | Examination of IOM: potential case | $383.00 | 0.1 | $38.30 | In House Communication | 2 |
| 3/4/2022 | Josh Sanford | Examination of IOM: new case info | $383.00 | 0.1 | $38.30 | In House Communication | 6 |
| 3/11/2022 | Courtney Lowery | Examination of intake notes | $190.00 | 0.2 | $38.00 | Case Initiation and Complaint | 7 |
| 3/11/2022 | Courtney Lowery | PRIVILEGED INFORMATION | $190.00 | 0.1 | $19.00 | Client Communication | 8 |
| 3/11/2022 | Courtney Lowery | Preparation and drafting of Complaint and Summons | $190.00 | 0.8 | $152.00 | Case Initiation and Complaint | 9 |
| 3/14/2022 | Courtney Lowery | PRIVILEGED INFORMATION | $190.00 | 0.5 | $95.00 | Client Communication | 10 |
| 3/14/2022 | Courtney Lowery | Editing and revision of Complaint | $190.00 | 0.3 | $57.00 | Case Initiation and Complaint | 12 |
| 3/14/2022 | Courtney Lowery | Editing and revision of Complaint; draft CTJ | $190.00 | 0.6 | $114.00 | Case Initiation and Complaint | 13 |
| 3/14/2022 | Josh Sanford | Examination of IOM: revised lawsuit | $383.00 | 0.1 | $38.30 | In House Communication | 15 |
| 3/14/2022 | Josh Sanford | Editing and revision of CCS and summons | $383.00 | 0.1 | $38.30 | Case Initiation and Complaint | 16 |
| 3/14/2022 | Josh Sanford | Editing and revision of complaint | $383.00 | 0.2 | $76.60 | Case Initiation and Complaint | 17 |
| 3/14/2022 | Josh Sanford | Preparation and drafting of IOM: notice of related case | $383.00 | 0.1 | $38.30 | In House Communication | 18 |
| 3/15/2022 | Courtney Lowery | Preparation and drafting of Notice of Related Case | $190.00 | 0.1 | $19.00 | Case Initiation and Complaint | 19 |
| 3/16/2022 | Paralegal | Work on Client's file: send complaint for service | $100.00 | 0.1 | $10.00 | Case Management | 23 |
| 3/23/2022 | Daniel Ford | Conference with intakes re: second plaintiff | $200.00 | 0.1 | $20.00 | In House Communication | 29 |
| 3/23/2022 | Josh Sanford | Examination of IOM: second plaintiff | $383.00 | 0.1 | $38.30 | In House Communication | 32 |
| 3/24/2022 | Daniel Ford | Conference with McP re: 2nd plaintiff | $200.00 | 0.1 | $20.00 | In House Communication | 34 |
| 4/6/2022 | Paralegal | Work on Client's file: research and send new address for service | $100.00 | 0.3 | $30.00 | Case Initiation and Complaint | 38 |
| 4/26/2022 | Daniel Ford | Conference regarding case status/next steps | $200.00 | 0.1 | $20.00 | In House Communication | 42 |
| 4/27/2022 | Paralegal | Preparation and drafting of MCA packet - Motion, BiS (incomplete) | $100.00 | 1.1 | $110.00 | Conditional Certification | 47 |
| 4/28/2022 | Paralegal | Preparation and drafting of MCA exhibits | $100.00 | 0.7 | $70.00 | Conditional Certification | 51 |
| 4/29/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.7 | $70.00 | Client Communication | 56 |
| 4/29/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 57 |
| 4/29/2022 | Paralegal | Receive, read and prepare response to email(s) from Process Server; research new address | $100.00 | 0.1 | $10.00 | Case Initiation and Complaint | 60 |
| 4/29/2022 | Paralegal | Editing and revision of MCA docs | $100.00 | 0.4 | $40.00 | Conditional Certification | 61 |
| 4/29/2022 | Paralegal | Editing and revision of MCA docs | $100.00 | 0.2 | $20.00 | Conditional Certification | 62 |
| 4/29/2022 | Paralegal | Editing and revision of declaration of B. Counts | $100.00 | 0.3 | $30.00 | Conditional Certification | 63 |
| 4/29/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 65 |
| 4/29/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.3 | $30.00 | Client Communication | 66 |
| 4/29/2022 | Paralegal | Editing and revision of BIS | $100.00 | 0.2 | $20.00 | Conditional Certification | 67 |
| 4/29/2022 | Paralegal | Editing and revision of dec - JS | $100.00 | 0.1 | $10.00 | Conditional Certification | 68 |
| 4/29/2022 | Daniel Ford | Editing and revision of declarations | $200.00 | 0.4 | $80.00 | Conditional Certification | 71 |
| 4/29/2022 | Daniel Ford | Conferences with MCP and LE re: MCA drafting logistics/edits | $200.00 | 0.3 | $60.00 | In House Communication | 72 |
| 4/29/2022 | Daniel Ford | Editing and revision of draft MCA notice | $200.00 | 0.3 | $60.00 | Conditional Certification | 73 |
| 4/29/2022 | Daniel Ford | Final edits on MCA packet (motion/brief/exhibits) | $200.00 | 0.7 | $140.00 | Conditional Certification | 74 |
| 4/29/2022 | Daniel Ford | Examination of client contact re: declarations for MCA | $200.00 | 0.2 | $40.00 | Conditional Certification | 75 |
| 5/10/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 80 |
| 5/12/2022 | Josh Sanford | Examination of OC email | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 81 |
| 5/16/2022 | Daniel Ford | Receive, read and prepare response to email(s) from service of process agent | $200.00 | 0.2 | $40.00 | Case Management | 84 |
| 5/17/2022 | Josh Sanford | Preparation and drafting of memo to client | $383.00 | 0.1 | $38.30 | Client Communication | 87 |
| 5/18/2022 | Daniel Ford | Examination of new opt-in | $200.00 | 0.2 | $40.00 | Case Management | 88 |
| 6/6/2022 | Daniel Ford | Conference regarding case status/next steps | $200.00 | 0.1 | $20.00 | In House Communication | 97 |
| 6/13/2022 | Josh Sanford | Work on Client's file: service of process | $383.00 | 0.1 | $38.30 | Case Management | 101 |
| 6/14/2022 | Paralegal | Preparation and drafting of Motion for Extension of Time for Service | $100.00 | 0.2 | $20.00 | Case Management | 103 |
| 6/17/2022 | Josh Sanford | Compose electronic communication OC | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 109 |
| 7/12/2022 | Daniel Ford | Conference with TF and JS re: service issues | $200.00 | 0.2 | $40.00 | In House Communication | 112 |
| 7/13/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 114 |
| 7/13/2022 | Daniel Ford | Conference with MCP re: service issues | $200.00 | 0.1 | $20.00 | In House Communication | 115 |
| 7/14/2022 | Daniel Ford | Examination of email re: service update | $200.00 | 0.1 | $20.00 | In House Communication | 118 |
| 7/26/2022 | Josh Sanford | Telephone Conference(s) with Opposing Counsel | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 123 |
| 7/27/2022 | Paralegal | Receipt and review of Def's Answer re affirmative defenses | $100.00 | 0.2 | $20.00 | Case Management | 127 |
| 8/30/2022 | Daniel Ford | Conference regarding case status/strategy | $200.00 | 0.1 | $20.00 | In House Communication | 133 |
| 10/5/2022 | Paralegal | Preparation and drafting of 26f report, save to file, and email MCP for review | $100.00 | 1 | $100.00 | Case Management | 137 |
| 10/7/2022 | Paralegal | Editing and revision of 26(f) | $100.00 | 0.2 | $20.00 | Case Management | 138 |
| 10/7/2022 | Paralegal | Compose electronic communication - eml to OC re 26(f) draft | $100.00 | 0.1 | $10.00 | Opposing Counsel Communication | 139 |
| 11/21/2022 | Paralegal | Preparation and drafting of InDs, doc prod | $100.00 | 0.3 | $30.00 | Case Management | 150 |
| 11/21/2022 | Paralegal | Compose electronic communication - eml to OC re InDs | $100.00 | 0.2 | $20.00 | Opposing Counsel Communication | 151 |
| 3/9/2023 | Rebecca Matlock | Preparation and drafting of MSJ Response: SUMF Response and Dec in Support | $250.00 | 2 | $500.00 | Summary Judgment Response | 163 |
| 3/9/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 164 |
| 3/10/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 166 |
| 3/14/2023 | Rebecca Matlock | Preparation and drafting of Mot for Extension for MSJ Response | $250.00 | 0.2 | $50.00 | Summary Judgment Response | 169 |
| 3/14/2023 | Rebecca Matlock | Editing and revision of Decl in support of MSJ Response to align with client call | $250.00 | 1 | $250.00 | Summary Judgment Response | 170 |
| 3/14/2023 | Rebecca Matlock | Preparation and drafting of SUMF Response | $250.00 | 0.4 | $100.00 | Summary Judgment Response | 171 |
| 3/17/2023 | Rebecca Matlock | Preparation and drafting of MSJ Response | $250.00 | 1 | $250.00 | Summary Judgment Response | 174 |
| 3/20/2023 | Rebecca Matlock | Perform legal research regarding application of continuous workday rule to mental health therapists | $250.00 | 0.8 | $200.00 | Summary Judgment Response | 176 |
| 3/20/2023 | Josh Sanford | Editing and revision of MSJ Response, SUMF Response and Declaration | $383.00 | 0.6 | $229.80 | Summary Judgment Response | 178 |
| 5/5/2023 | Daniel Ford | Conference regarding case status/strategy | $200.00 | 0.1 | $20.00 | In House Communication | 188 |
| 7/5/2023 | Paralegal | Preparation and drafting of pro by plf | $100.00 | 0.6 | $60.00 | Discovery | 192 |
| 7/5/2023 | Paralegal | Compose electronic communication - eml to OC re service of pro by plf | $100.00 | 0.1 | $10.00 | Opposing Counsel Communication | 193 |
| 7/5/2023 | Paralegal | Preparation and drafting of OC copy of pro by plf | $100.00 | 0.1 | $10.00 | Discovery | 194 |
| 8/4/2023 | Paralegal | Receipt and review of Def's Discovery Answers | $100.00 | 0.3 | $30.00 | Discovery | 200 |
| 9/5/2023 | Paralegal | Preparation and drafting of Joint Status report | $100.00 | 0.4 | $40.00 | Case Management | 202 |
| 9/5/2023 | Paralegal | Preparation and drafting of Supplemental Disclosures | $100.00 | 0.6 | $60.00 | Discovery | 203 |

| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 9/6/2023 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 204 |
| 9/6/2023 | Paralegal | Work on Client's file: Data Entry - Damages Calculations | $100.00 | 1.3 | $130.00 | Damages | 205 |
| 9/7/2023 | Paralegal | Work on Client's file: Damages Calculations | $100.00 | 1.2 | $120.00 | Damages | 208 |
| 10/17/2023 | Sean Short | Receipt and review of email from opposing counsel and Court regarding proposed edits to protective order. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 219 |
| 10/18/2023 | Sean Short | Receive, read and prepare response to email(s) from Chambers and opposing counsel regarding proposed protective order. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 220 |
| 10/20/2023 | Sean Short | Receipt and review of email from opposing counsel regarding discovery production. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 221 |
| 10/23/2023 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding protective order. | $200.00 | 0.1 | $20.00 | In House Communication | 223 |
| 2/21/2024 | Sean Short | Preparation and drafting of joint status report. | $200.00 | 0.2 | $40.00 | Case Management | 230 |
| 2/21/2024 | Sean Short | Compose electronic communication to opposing counsel regarding joint status report. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 231 |
| 2/21/2024 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding edits to joint status report. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 232 |
| 8/22/2024 | Sean Short | Receipt and review of email between Court, opposing counsel and JS regarding trial length. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 241 |
| 8/22/2024 | Sean Short | Compose electronic communication to opposing counsel regarding potential settlement offer. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 242 |
| 9/19/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.3 | $60.00 | Client Communication | 245 |
| 9/19/2024 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding settlement offer; counter offer. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 246 |
| 9/19/2024 | Sean Short | Examination of case file; prepare notes for pretrial filings. | $200.00 | 0.7 | $140.00 | Case Management | 247 |
| 9/19/2024 | Sean Short | Editing and revision of damage calculations. | $200.00 | 0.5 | $100.00 | Damages | 248 |
| 9/20/2024 | Sean Short | Preparation and drafting of Plaintiff's pretrial disclosures. | $200.00 | 0.4 | $80.00 | Trial Related | 253 |
| 9/20/2024 | Sean Short | Preparation and drafting of trial brief. | $200.00 | 0.3 | $60.00 | Trial Related | 254 |
| 9/20/2024 | Sean Short | Conference with JS regarding settlement offer from Defendant; counteroffer. | $200.00 | 0.1 | $20.00 | In House Communication | 255 |
| 9/20/2024 | Josh Sanford | Work on Client's file: settlement negotiations | $383.00 | 0.1 | $38.30 | Settlement Related | 260 |
| 9/24/2024 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding settlement offer; counter offer. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 261 |
| 10/2/2024 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding settlement offer on liability. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 265 |
| 10/8/2024 | Sean Short | Preparation and drafting of joint notice of liability settlement. | $200.00 | 0.1 | $20.00 | Settlement Related | 266 |
| 10/8/2024 | Sean Short | Compose electronic communication to opposing counsel regarding joint notice of liability settlement and demand for fees and costs. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 267 |
| 12/3/2024 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding dismissal documents. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 272 |
| 12/3/2024 | Sean Short | Preparation and drafting of joint motion for approval of liability settlement. | $200.00 | 1.3 | $260.00 | Settlement Related | 273 |
| 12/3/2024 | Sean Short | Examination of draft settlement agreement. | $200.00 | 0.2 | $40.00 | Settlement Related | 274 |
| 12/4/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.2 | $40.00 | Client Communication | 275 |
| 12/4/2024 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding draft settlement agreement and draft joint motion for approval. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 276 |
| 12/5/2024 | Sean Short | Conference with MQ regarding client correspondence; settlement agreement. | $200.00 | 0.1 | $20.00 | In House Communication | 277 |
| 12/6/2024 | Sean Short | Conference with paralegal regarding client correspondence; case status. | $200.00 | 0.1 | $20.00 | In House Communication | 278 |
| 12/10/2024 | Sean Short | Preparation and drafting of joint motion for extension of time to file settlement papers. | $200.00 | 0.2 | $40.00 | Case Management | 281 |
| 12/10/2024 | Sean Short | Compose electronic communication to opposing counsel regarding joint motion for extension of time to file settlement papers. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 282 |
| 12/17/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 287 |
| 12/18/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 288 |
| 12/18/2024 | Sean Short | Conference with paralegal regarding client correspondence. | $200.00 | 0.1 | $20.00 | In House Communication | 289 |
| 12/19/2024 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 290 |
| 12/20/2024 | Sean Short | Preparation and drafting of motion for extension of time to file dismissal papers. | $200.00 | 0.2 | $40.00 | Case Management | 291 |
| 12/20/2024 | Sean Short | Compose electronic communication to opposing counsel regarding motion for extension of time to file dismissal papers. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 292 |
| 1/9/2025 | Sean Short | Conference with JS regarding case status; next steps. | $200.00 | 0.1 | $20.00 | In House Communication | 296 |
| 1/10/2025 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.2 | $40.00 | Client Communication | 297 |
| 1/14/2025 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.2 | $40.00 | Client Communication | 298 |
| 1/15/2025 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding draft settlement agreement; next steps. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 299 |
| 1/15/2025 | Sean Short | Compose electronic communication to opposing counsel regarding signed settlement agreement. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 300 |
| 1/17/2025 | Sean Short | Compose electronic communication to opposing counsel regarding filing joint motion for approval of settlement. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 301 |
| 1/17/2025 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding signed settlement agreement; filing joint motion for approval of settlement. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 302 |
| 1/21/2025 | Sean Short | Compose electronic communication to opposing counsel regarding fees and costs. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 307 |
| 1/28/2025 | Sean Short | Compose electronic communication to RM and staff regarding invoice for fee petition; preparing and drafting motion for fees and costs. | $200.00 | 0.1 | $20.00 | In House Communication | 311 |
| 1/28/2025 | Rebecca Matlock | Preparation and drafting of fee petition: format and categorize invoice; check for vague, duplicative, unbillable items | $250.00 | 0.8 | $200.00 | Fee Petition | 312 |

| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 1/29/2025 | Rebecca Matlock | Preparation and drafting of fee petition: Motion, BIS, Sanford dec | $250.00 | 1.5 | $375.00 | Fee Petition | 313 |
| 2/20/2025 | Sean Short | Editing and revision of fee petition | $200.00 | 0.4 | $80.00 | Fee Petition | 314 |
| | | | | | $6,765.00 | | |