| Date | Description | Amount |
|---|---|---|
| 3/17/2022 | Filing Fee | $402.00 |
| 3/31/2022 | Service Fee to ABC Legal Services | $69.00 |
| 4/6/2022 | TLO Search Fee for new addresses for service | $35.80 |
| 5/18/2022 | Service Fee to ABC Legal | $138.00 |
| 6/10/2022 | Service Fee to ABC Legal | $138.00 |
| 7/22/2022 | Service Fee to ABC Legal | $111.50 |
| | **Total:** | **$894.30** |