**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CANDIE DEPRIEST, Individually and on**

**Behalf of All Others Similarly Situated**                                **PLAINTIFF**

**V.**                                **CASE NO. 3:22-CV-65-DPM**

**THE LOGAN CENTERS, INC.**                                       **DEFENDANT**

**RESPONSE TO PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES**

Comes now the defendant, The Logan Centers, Inc., by and through its attorneys, Puryear, Mayfield & McNeil, P.A., and for its response states:

1. It admits the allegations in paragraph 1 of the motion.

2. It admits the allegations of paragraph 2, but Defendant adds Ms. DePriest did not pursue the matter on behalf of any other person yet includes attorney's fees for work done for another person. Further, of the several years of overtime she claims, with an inconsistent and imprecise estimate of working an additional 45 hours per week, she settled for a small sum.

3. It admits the allegations of paragraph 3.

4. It denies the allegations of paragraph 4 and opposes the motion.

5. It admits that Plaintiff has attached the exhibit listed in paragraph 5 and makes the claims for fees but denies the remainder.

6. It admits that Plaintiff has attached the exhibit listed in paragraph 6 but denies the remainder.

7. It admits that Plaintiff makes the request but denies that such should be awarded.

8. It admits that the exhibits referenced have been attached and speak for themselves but denies that the motion should be granted.

9. It admits the allegations of paragraph 9.

10. In further support of the response, Defendant states that the request for settlement of fees was at an amount ($10,900.00), significantly greater than what is requested here and further submits that the claim of 45 hours additionally worked per week, while determined to be sufficient to survive summary judgment, was not sufficient to support a trial of this matter.

11. In Support of the Response, it attaches as Exhibit A the Order of October 16, 2023 in *Hallman v. Peco Foods, Inc.*.

WHEREFORE, premises considered, Defendant prays that the motion for costs and attorney's fees be denied and for any and all other proper relief. $10,900

    Respectfully submitted,

    Mark Mayfield (93180)
    Jeffrey W. Puryear (93109)
    PURYEAR MAYFIELD & McNEIL, P.A.
    P.O. Box 3077
    Jonesboro, AR 72403
    Phone: (870) 932-0900
    Facsimile: (870) 932-2553
    mmayfield@pmmfirm.com
    jpuryear@pmmfirm.com
    *Attorneys for Defendant,*
    *The Logan Centers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to the following:

Mr. Josh Sanford
Mr. Daniel Ford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
daniel@sanfordlaw.com
*Attorneys for Plaintiff*

By: _____Mark Mayfield_____