IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CANDIE DEPRIEST, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                      No. 3:22-cv-65-DPM

THE LOGAN CENTERS, INC.                                    DEFENDANT

## JUDGMENT

Depriest's complaint is dismissed with prejudice. The Court retains jurisdiction until 19 May 2025 to enforce the parties' settlement and the fee Order.

*D.P. Marshall Jr.*
*D.P. Marshall Jr.*
United States District Judge

18 March 2025